UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 23-sc-02533 (JWB/DJF)

United States of America and the State of Minnesota
ex rel. Patrick Johnson (Relator),

        Plaintiffs,

    v.                                    **FILED UNDER SEAL**

Evergreen Recovery, Inc.,

        Defendant.

**UNITED STATES OF AMERICA'S FOURTH *EX PARTE* APPLICATION FOR ENLARGEMENT OF TIME TO CONSIDER ELECTION TO INTERVENE**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and the False Claims Act, 31 U.S.C. § 3730(b)(3), the United States and the State of Minnesota respectfully request a 180-day extension of time to determine whether to intervene in this action, through and including October 20, 2025.

This *qui tam* case was filed under seal by the Relator on or about August 17, 2023, pursuant to 31 U.S.C. § 3730. The United States Attorney's Office was served on or about August 25, 2023. Upon information and belief, the Attorney General was served around the same time.

This is the government's fourth request for an extension in this action. Without the extension of time requested above, the intervention decision is due approximately April 21, 2025. The Relator does not object to the proposed extension of time. A supporting

memorandum of law and proposed order accompany this application.[1]

The Court will hold a hearing on this application at 2 p.m. on April 9, 2025 in Courtroom 3B of the United States District Court at 316 N. Robert Street in St. Paul, Minnesota.

Dated: March 21, 2025

LISA D. KIRKPATRICK
Acting United States Attorney

*s/Emily M. Peterson*

BY: EMILY M. PETERSON
Assistant U.S. Attorney
Attorney ID No. 0395218
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Emily.Peterson@usdoj.gov
(612) 664-5600

Attorneys for United States of America

---

[1] The Relator has been served with a copy of this application and the proposed order. Due to the sensitive and privileged nature of the discussion contained in the memorandum in support of this application, the Relator has not been served with a copy of the memorandum.