UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 23-sc-02533 (JWB/DJF)

United States of America and the State of Minnesota
ex rel. Patrick Johnson (Relator),

      Plaintiffs,

v.                                                    **FILED UNDER SEAL**

Evergreen Recovery, Inc.,

      Defendant.

## THE GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION AND REQUEST FOR LIFTING OF THE SEAL

The United States, joined by Plaintiff State of Minnesota, notifies the Court of its decision not to intervene in this action under the False Claims Act, 31 U.S.C. § 3730(b)(4)(B).

The government respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the Relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* The United States therefore requests that should either the Relator or the Defendant propose that this action be settled or otherwise discontinued, the Court solicit the written consent of the United States before ruling or granting its approval.

The United States notifies the parties that, under 31 U.S.C. § 3730(c), it requests that all pleadings filed in this action be served upon the United States. The United States also reserves its right to order any deposition transcripts, to intervene in this action at a

later date for good cause, and to seek the dismissal of the Relator's action or claim. *Id.*

The government respectfully asks the Court to unseal the Relator's Complaint, this Notice, the attached proposed Order, and all other filings except for the government's memoranda of law at Doc. Nos. 4, 10, 15, and 20. The United States requests that these memoranda remain under seal because in discussing the content and extent of the government's investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the False Claims Act seal and time for making an election to intervene should be extended.

The government notes that a criminal case against individuals associated with the Defendant is pending in this District and assigned to Judge Menendez. *See United States v. Shawn Grygo, Shantel Magadanz, and Heather Heim*, 24-cr-00337-KMM-JFD.

A proposed order accompanies this notice.

Dated:  October 20, 2025                                    Respectfully submitted,

                                                                                    DANIEL N. ROSEN
                                                                                    United States Attorney

                                                                                    *s/ Ann M. Bildtsen*

                                                                                    BY:  ANN MARIE BILDTSEN
                                                                                    Assistant U.S. Attorney
                                                                                    Attorney ID No. 0271494
                                                                                    600 U.S. Courthouse
                                                                                    300 South Fourth Street
                                                                                    Minneapolis, MN  55415
                                                                                    (612) 759-3180
                                                                                    Email:  ann.bildtsen@usdoj.gov
                                                                                    Attorneys for the United States