UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 23-sc-02533 (JWB/DJF)

United States of America and the State of Minnesota
ex rel. Patrick Johnson (Relator),

      Plaintiffs,

v.                                          **FILED UNDER SEAL**

Evergreen Recovery, Inc.,

      Defendant.

## PROPOSED ORDER

Upon consideration of the Government's Notice of Election to Decline Intervention and Request for Lifting of the Seal, **IT IS HEREBY ORDERED** that:

1. The Relator's Complaint, the Government's Notice of Election to Decline Intervention and Request for Lifting of the Seal, and this Order are to be unsealed, and served on the Defendant by the Relator within **90 days** after the date this Order is filed;

2. The United States' sealed memoranda at Doc. Nos. 4, 10, 15, and 20 shall remain under seal;

3. All other sealed filings on the docket shall be unsealed, and the seal is hereby lifted for all future filings in this action; and

4. If Relator or Defendant proposes that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States under 31 U.S.C. § 3730(b)(1) before ruling or granting its approval.

Date:

                                                JERRY W. BLACKWELL
                                                United States District Judge