**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America and
State of Minnesota *ex rel*. Patrick
Johnson, *Relator*,

      Plaintiffs,

v.

Evergreen Recovery, Inc.,

      Defendant.

Civ. No. 23-sc-2533 (JWB/DJF)


**\*SEALED\***
**ORDER**

---

The United States has provided notice that it declines to intervene in this action

pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B). (Doc. No. 26.) Upon review

of the submitted materials, **IT IS HEREBY ORDERED** that:

1.      The Complaint (Doc. No. 1), the United States' Notice of Election to

Decline Intervention and Request for Lifting of the Seal (Doc. No. 26), and this Order are

to be unsealed, and served on the Defendant by the Relator within **90 days** after the date

of this Order;

2.      The United States' sealed memoranda at Doc. Nos. 4, 10, 15, and 20 shall

remain under seal;

3.      All other sealed filings on the docket shall be unsealed, and the seal is lifted

for all filings in this action after the date of this Order;

4.      The parties shall serve all pleadings and motions filed in this action,

including supporting memoranda, upon the United States, as provided for in 31 U.S.C.

§ 3730(c)(3);

5.      The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

6.      The parties shall serve all notices of appeal upon the United States;

7.      All orders of this Court shall be sent to the United States; and

8.      If Relator or Defendant proposes that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States under 31 U.S.C. § 3730(b)(1) before ruling or granting its approval.


Date: October 21, 2025                          *s/ Jerry W. Blackwell*
                                                JERRY W. BLACKWELL
                                                United States District Judge

2